EFM-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------x
Kliger-Weiss Infosystems, Inc.

                        Plaintiff/Petitioner,

   -against-                                       Index No. 607901/2016

Trailblazer Central LLC

                        Defendant/Respondent.
-------------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

    PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

    NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing

    Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

    The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

    **Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

    **Parties not represented by an attorney: Unrepresented litigants are exempt from efiling. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in e-filing.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efileunrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 10/13/2016

_[signature]_
Signature

JOHN MICHAEL BRICKMAN
Name

_____
Firm Name

1010 NORTHERN BLVD
Address

GREAT NECK, NY 11021
City, State, and Zip

516-829-6900
Phone

jbrickma@alcllp.com
E-Mail

To:   TRAILBLAZER CENTRAL LLC

1 Shoreline Drive

Guilford, Connecticut 06437

9/3/15

Index #             Page 2 of 2             EFM-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------x
KLIGER-WEISS INFOSYSTEMS INC.,                Index No. 607901/2016

                Plaintiff,                Date Filed:  10/13/2016

- against -                                  SUMMONS

TRAILBLAZER CENTRAL LLC,

                Defendant.
---------------------------------------------------------------x

TO THE ABOVE NAMED DEFENDANT:

      YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded therein.

Dated: October 10, 2016

                                    ACKERMAN, LEVINE, CULLEN,
                                    BRICKMAN & LIMMER, LLP

                                    By: _____
                                        John M. Brickman
                                    Attorneys for Plaintiff
                                    1010 Northern Boulevard, Suite 400
                                    Great Neck, New York 11021
                                    (516) 829-6900

517465.2

Defendant's Address:

TRAILBLAZER CENTRAL LLC
1 Shoreline Drive
Guilford, Connecticut  06437

The plaintiff designates Nassau County as the place of trial.

The basis of the venue designated is the county of the plaintiff's residence. The plaintiff's address is 2200 Northern Boulevard, Greenvale, New York  11548.

2

517465.2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------x
KLIGER-WEISS INFOSYSTEMS INC.,                    Index No.  607901/2016
                                                  Filed:  10/13/2016
                    Plaintiff,
                                                  COMPLAINT
      - against -

TRAILBLAZER CENTRAL LLC,

                    Defendant.
-------------------------------------------------------------------x

      The plaintiff, by its attorneys, Ackerman, Levine, Cullen, Brickman & Limmer, LLP, for its complaint against the defendant, upon information and belief, alleges as follows:

    1.    The plaintiff ("KWI") is a corporation duly organized and existing under the laws of the State of New York.

    2.    The defendant Trailblazer Central LLC ("Trailblazer") is a limited liability company organized under the laws of the State of Connecticut.

    3.    At all times relevant to this action, KWI was and is in the business of providing various data, technology, consulting, and management services, among others, to retailers and other merchants (such services collectively, "KWI Services").

    4.    Trailblazer operates an internet website and various retail locations in Connecticut.

517465.2

5.  In a written agreement dated April 24, 2015, executed by Trailblazer on June 5, 2015 (the "Agreement"), KWI agreed to perform KWI Services, and Trailblazer agreed to pay for the KWI Services, all as prescribed therein.

6.  KWI heretofore provided KWI Services to Trailblazer under the terms of the Agreement.

7.  Section 9.1 of the Agreement provides that the Agreement will remain in force for a minimum term of 60 months after Trailblazer's first store is opened.

8.  On August 17, 2016, Trailblazer purportedly gave notice to terminate the Agreement effective immediately.

9.  The aforementioned notice did not terminate the Agreement immediately because the Agreement requires a minimum term of 60 months, as aforesaid.

10. Trailblazer has not paid to KWI all amounts due under the Agreement.

11. Trailblazer is indebted to KWI under the Agreement in the amount of not less than $539,000.

12. KWI has demanded payment of the sum due, and Trailblazer has failed and refused to pay any portion of the amount so demanded.

13. By reason of the foregoing, KWI has been damaged in the amount of not less than $539,000.

2

WHEREFORE, KWI demands judgment against Trailblazer in the amount of $539,000, with interest from August 17, 2016, together with the costs and disbursements of this action; and for such other and further relief as the Court deems just and proper in the circumstances.

Dated: October 10, 2016

                          ACKERMAN, LEVINE, CULLEN, BRICKMAN & LIMER, LLP

                          By: _____
                                John M. Brickman

Attorneys for Plaintiff
1010 Northern Boulevard, Suite 400
Great Neck, New York 11021
(516) 829-6900

3

517465.2

Case 2:16-cv-06376-GRB Document 1-1 Filed 11/16/16 Page 8 of 10 PageID #: 13

## AFFIDAVIT OF VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

MICHAEL LAZARD, being duly sworn, deposes and says:

1. I am the Chief Financial Officer of Kliger-Weiss Infosystems, Inc. I have read the foregoing complaint, and the same is true to my own knowledge, except as to matters therein alleged to be upon information and belief; and as to those matters, I believe them to be true.

2. The basis of my information and belief is my inspection of documents and conversations with others.

_____
MICHAEL LAZARD

Sworn to before me this
27th day of October, 2016.

_____
Notary Public

JENNIFER BEATRICE COMBS
Notary Public - State of New York
NO. 01GU6045048
Qualified in Queens County
My Commission Expires Jul 17, 2018

4

517465.2




# NYSCEF - Nassau County Supreme Court
# Payment Receipt

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**Kliger-Weiss Infosystems, Inc. - v. - Trailblazer Central LLC**

Index Number NOT assigned

## Documents Received on  10/13/2016 10:53 AM

| Doc # | Document Type | Control # | Motion # | Fee |
|---|---|---|---|---|
| 1 | SUMMONS | | | $0.00 |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | |
| 2 | COMPLAINT | | | $0.00 |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | | | |
| | | | Index Fee | + $210.00 |
| | | | Total Fee | $210.00 |

## Payment Information

| | |
|---|---|
| Payment Type: | VISA/MC |
| Date Paid: | 10/13/2016 |
| Fee Amount: | $210.00 |
| Authorization Code: | 48992G |
| Comments: | |

## Filing User

| | | | |
|---|---|---|---|
| Name: | JOHN MICHAEL BRICKMAN | | |
| Phone #: | | E-mail Address: | jbrickma@alcllp.com |
| Fax #: | | Work Address: | 1010 NORTHERN BLVD<br>GREAT NECK, NY 11021 |

---

Maureen O'Connell, Nassau County Clerk - http://www.nassaucountyny.gov/agencies/Clerk/index.html
Phone: 516-571-2660    Website: http://www.nassaucountyny.gov/agencies/Clerk/index.html

NYSCEF Resource Center -  EFile@nycourts.gov
Phone: (646) 386-3033    Fax: (212) 401-9146    Website: www.nycourts.gov/efile




# NYSCEF - Nassau County Supreme Court
## Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**Kliger-Weiss Infosystems, Inc. - v. - Trailblazer Central LLC**

Index Number NOT assigned

Assigned Judge: None Recorded

**Documents Received on** 10/13/2016 10:53 AM

| Doc # | Document Type | Motion # |
|---|---|---|
| 1 | SUMMONS | |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |
| 2 | COMPLAINT | |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |

### Filing User

Name: **JOHN MICHAEL BRICKMAN**
Phone #:
Fax #:
E-mail Address: **jbrickma@alcllp.com**
Work Address: **1010 NORTHERN BLVD GREAT NECK, NY 11021**

### E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 10/13/2016 10:53 AM:

BRICKMAN, JOHN MICHAEL - jbrickma@alcllp.com

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

Maureen O'Connell, Nassau County Clerk - http://www.nassaucountyny.gov/agencies/Clerk/index.html
Phone: 516-571-2660   Website: http://www.nassaucountyny.gov/agencies/Clerk/index.html

NYSCEF Resource Center - EFile@nycourts.gov
Phone: (646) 386-3033   Fax: (212) 401-9146   Website: www.nycourts.gov/efile