SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------------X
KLIGER-WEISS INFOSYSTEMS INC.,

                Plaintiff,

- against -

TRAILBLAZER CENTRAL LLC,

                Defendant.
---------------------------------------------------------------------X

Index No. 607901/2016

CONSENT TO
CHANGE
ATTORNEYS

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that McLAUGHLIN & STERN, LLP, of 1010 Northern Boulevard, Suite 400, Great Neck, New York 11021, be substituted as attorneys of record for plaintiff Kliger-Weiss Infosystems, Inc. in the above-entitled action, in place and stead of ACKERMAN, LEVINE, CULLEN, BRICKMAN & LIMMER, LLP, as of the date hereof.

Dated: November 3, 2016

KLIGER-WEISS INFOSYSTEMS, INC.

By: _____

Dated: November 3, 2016

ACKERMAN, LEVINE, CULLEN,
BRICKMAN & LIMMER, LLP.

By: _____
      John M. Brickman
*Outgoing counsel for* Kliger-Weiss
 Infosystems, Inc.
1010 Northern Boulevard, Suite 400
Great Neck, New York 11021
 (516) 829-6900

Dated: November 3, 2016

McLAUGHLIN & STERN, LLP

By: _____
      John M. Brickman
*Incoming counsel for* Kliger-Weiss
 Infosystems, Inc.
1010 Northern Boulevard, Suite 400
Great Neck, New York 11021
 (516) 829-6900

519983.1

STATE OF NEW YORK    )
                                          ss:
COUNTY OF NASSAU  )

On the 3rd day of November in the year 2016 before me, the undersigned, personally appeared SAM KLIGER, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, and any person/entity upon behalf of which the individual acted, executed the instrument.

                                                Notary Public
                                                MICHAEL IRA ASEN
                                          Notary Public, State of New York
                                                     No. 24-4668746
                                         Qualified in New York County
                                     Commission Expires August 31, 20 20