# LAZER, APTHEKER, ROSELLA & YEDID, P.C.

ATTORNEYS AT LAW

MELVILLE LAW CENTER
225 OLD COUNTRY ROAD
MELVILLE, NEW YORK 11747-2712
www.larypc.com

GIUSEPPE FRANZELLA
ALSO ADMITTED IN FLORIDA
(631) 761-0814

TELEPHONE (631) 761-0800
FACSIMILE (631) 761-0708
E-MAIL ADDRESS: franzella@larypc.com

May 2, 2017

**VIA ECF**

Honorable Gary R. Brown
United State District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>Kliger-Weiss Infosystems, Inc. v. Trailblazer Central LLC
             16-CV-06376 (JMA/GRB)</u>

Dear Judge Brown:

      This firm is co-counsel for defendant Trailblazer Central LLC ("Trailblazer") in the above-referenced action. Pursuant to counsel's discussion with Chambers from this morning, I write to confirm that the settlement conference, originally scheduled for April 27, 2017, has been adjourned to June 6, 2017 at 10:00 a.m.

      The Court's consideration of this matter is appreciated.

                                                               Respectfully submitted,

                                                               GIUSEPPE FRANZELLA

cc:      Counsel of Record (via ECF)